AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| LORENZO RICHARDSON,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>    )<br>STATE OF NORTH CAROLINA,    )<br>    Defendant.    ) | **JUDGMENT IN A CIVIL CASE**<br>**5:11-CV-81-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk is directed to close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 5, 2011** WITH A COPY TO:

Lorenzo Richardson, pro se  (via USPS to 3108 Fields Drive, Raleigh, NC 27603)


July 5, 2011                                                DENNIS P. IAVARONE, Clerk
Date                                                         Eastern District of North Carolina

                                                                                      /s/ Debby Sawyer
                                                                                      (By) Deputy Clerk

Raleigh, North Carolina